IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

John S. Hensley,                )
                          )
         Plaintiff,       )
                          )
vs.                        )     Civil Action No.: 1:09-1282-TLW-SVH
                          )
Michael J. Astrue, Commissioner of   )
Social Security,              )
                          )
        Defendant.     )
_____)

## ORDER

Plaintiff has brought this action to obtain judicial review of a final decision of the defendant, Commissioner of Social Security, denying his claims for disability benefits. This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(a), DSC.

In the Report, the Magistrate Judge recommends that the Commissioner's decision to deny the plaintiff's claims for disability insurance benefits and supplemental security income benefits be affirmed. (Doc. #17). The plaintiff filed no objections to the Report. Objections were due on August 30, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v.

Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  It is hereby **ORDERED**  that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #17).  For the reasons articulated by the Magistrate Judge, the Commissioner's decision to deny the plaintiff's claims for disability insurance benefits and supplemental security income benefits is affirmed.

**IT IS SO ORDERED**.

    s/Terry L. Wooten    
United States District Judge

September 16, 2010
Florence, South Carolina